626

Marilyn V. Robinson, as Administratrix of the Estate of Samuel B. Robinson, Deceased, Respondent, v. City of Albany et al., Appellants. Hector O. Muraschi, Plaintiff, v. City of Albany, New York, Defendant.—

Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ., concur.